**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ANTOINE L. MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 15-cv-0398-MJR-SCW** |
| | ) | |
| **JAMES LUTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM AND ORDER**
<u>**ADOPTING REPORT AND RECOMMENDATION**</u>

**REAGAN, Chief Judge:**

This case has been pending before the Court since April 9, 2015. On May 17, 2017, the Defendant moved to dismiss the case for lack of prosecution after numerous unsuccessful attempts to schedule a deposition with Plaintiff Antoine Moore (Doc. 31). Magistrate Judge Williams set the Motion for a hearing on June 6, 2017, but Plaintiff did not appear despite having been sent notice of the hearing (Dkt. txt. 34). By Report and Recommendation dated June 12, 2017 (Doc. 35), Judge Williams recommends that the undersigned District Judge dismiss this case for lack of prosecution because the Plaintiff is no longer participating in the case. The parties were given an opportunity to respond to the Report and Recommendation, and the deadline elapsed on June 29, 2017, with no responses or related filings.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 35). The Court finds that Magistrate Judge Williams's factual findings are accurate, and that the Plaintiff failed to pursue his case. Accordingly, this case is hereby **DISMISSED** with prejudice for lack of prosecution. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**DATED June 30, 2017.**

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Judge